UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JANE DOE I et al.,

                                Plaintiffs,

      -against-

HARVEY WEINSTEIN et al.,

                                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 5241 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 16 2020

GEORGE B. DANIELS, United States District Judge:

Defendants' time to answer or otherwise respond to Plaintiffs' complaint is extended by 90 days.

Dated: New York, New York
       July 16, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge