**Schulte Roth & Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2441

Writer's E-mail Address
gary.stein@srz.com

August 11, 2020

**VIA ECF**

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York  10007-1312

Re: *Jane Doe I, et al. v. Harvey Weinstein, et al.*, No. 1:20-cv-05241-GBD

Dear Judge Daniels:

We are counsel to Defendant Robert Weinstein ("Mr. Weinstein") in the above-referenced action and write, on behalf of Mr. Weinstein and Plaintiffs, to respectfully request a short extension of the deadlines for Mr. Weinstein to file his opposition brief and Plaintiffs to file their reply brief in connection with Plaintiffs' Motion to Remand [Dkt. No. 13].

On August 6, 2020, Plaintiffs filed their Motion to Remand.  Accordingly, Mr. Weinstein's opposition to that motion is currently due on August 20, 2020, and Plaintiffs' reply is currently due on August 27, 2020.  Counsel for the parties have conferred regarding the briefing schedule and agreed to request Your Honor's approval for Mr. Weinstein to file his opposition on August 27, 2020 and Plaintiffs to file their reply on September 10, 2020.

As noted above, counsel for Plaintiffs joins in this request.  No previous requests for adjournment have been made with respect to Plaintiffs' Motion to Remand and the adjournment requested herein will not affect any other current deadlines.  We appreciate Your Honor's consideration of this request.

Respectfully submitted,

/s/ Gary Stein
Gary Stein

cc: All Counsel (via ECF)