

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JANE DOES I–IV

                         Plaintiffs,

        -against-

HARVEY WEINSTEIN, et al.,

                        Defendants.

:
:
:
:
:
:
:
:
:
:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

20 Civ. 5241 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendants' deadline to answer or otherwise respond to Plaintiffs' complaint is extended

from October 14, 2020 to February 1, 2021.

Dated: New York, New York
       October 13, 2020

                         SO ORDERED.

                         *George B. Daniels*

                         GEORGE B. DANIELS
                         United States District Judge