UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

JANE DOES I–IV,

                      Plaintiffs,

    -against-

HARVEY WEINSTEIN et al.,

                      Defendants.

------------------------------------X

ORDER

20 Civ. 5241 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference scheduled for December 9, 2020 at 10:30 am is rescheduled to 11:00 am.

Dated: New York, New York
       November 23, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge