UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   DEC 0 3 2020

JANE DOES I–IV,

                                            Plaintiffs,

                    -against-

HARVEY WEINSTEIN et al.,

                                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ORDER

20 Civ. 5241 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference and oral argument scheduled for December 9, 2020 are adjourned to January 20, 2021 at 10:30 am.  The parties may submit a proposed case management plan after this Court decides the pending motion to remand, (ECF No. 13).

Dated: New York, New York
         December 3, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge