UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JANE DOES I–IV,

                      Plaintiffs,

    -against-

HARVEY WEINSTEIN et al.,

                      Defendants.
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 14 2021

ORDER

20 Civ. 5241 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference and oral argument scheduled for January 20, 2021 are adjourned to January 27, 2021 at 10:30 am.

Dated: New York, New York
       January 14, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge