UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JANE DOES I–IV,

                Plaintiffs,

    -against-

HARVEY WEINSTEIN et al.,

                Defendants.

------------------------------------------------------------X

ORDER

20 Civ. 5241 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiffs' request to adjourn the January 27, 2021 initial conference is GRANTED. The initial conference is adjourned to March 31, 2021 at 9:30 am. Defendants' deadline to answer or otherwise respond to Plaintiffs' complaint is extended from February 1, 2021 to April 1, 2021.

Plaintiffs' motion to remand this action to state court, (ECF No. 13), is DENIED without prejudice to renew such motion upon completion of the parties' mediation and settlement discussions.

Dated: New York, New York
       January 19, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge