UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JANE DOE I, JANE DOE II, JANE III
and JANE DOE IV,

                Plaintiffs,

   -against-

HARVEY WEINSTEIN, ROBERT WEINSTEIN,
MIRAMAX HOLDING CORP., MIRAMAX
FILM NY, LLC, f/k/a MIRAMAX FILM CORP.,
THE WALT DISNEY COMPANY, DISNEY
ENTERPRISES, INC., and DOE CORPS. 1-10,

                Defendants.

------------------------------------- x

                          ORDER

                  20 Civ. 5241 (GBD)

GEORGE B. DANIELS, District Judge:

    The Stipulation of Voluntary Dismissal, (ECF No. 39), is hereby APPROVED.

Dated: April 13, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge