**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JANE DOE I, et al.,

Plaintiffs,

-against-

HARVEY WEINSTEIN, et al.,

Defendants.

ORDER

20 Civ. 5241 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is filed within thirty (30) days of this Order.

All deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: September 23, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge